IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>    vs.<br>Joy Doreen Watson,<br>    Defendant. | No. CR-08-00258-1-PHX-SRB<br>**ORDER** |

Upon motion of the defendant, and good cause appearing therefor,

IT IS ORDERED granting Motion to Unseal Document [Doc. 766].

IT IS FURTHER ORDERED that the sentencing hearing held before this Court on August 10, 2009, be temporarily unsealed for the purpose of production of the transcript only.

Dated this 20th day of January, 2016.

_____
Susan R. Bolton
United States District Judge